**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

United States District Court
Southern District of Texas
**ENTERED**
August 11, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| v. § | **CRIMINAL NUMBER: 4:22-cr-397** |
| § | |
| **DARION BENJAMIN WOODS and** § | **FILED UNDER SEAL** |
| **CHRISTIN DANIELLE BRINKLEY** § | |

## ORDER SEALING INDICTMENT

On this day came on for consideration the Government's Motion to Seal Indictment, and the Court is of the opinion that said Motion should be, and the same is hereby, **GRANTED.**

**IT IS THEREFORE, ORDERED** that the Indictment, the Government's Motion to Seal Indictment, the Arrest Warrant, and the Order Sealing Indictment all be sealed together;

**IT IS FURTHER ORDERED** that the Indictment, Arrest Warrant, Motion, and Order will automatically be unsealed when that defendant is arrested without further order of this Court; and

**IT IS FURTHER ORDERED** that the United States District Clerk provide copies, including certified copies, of the Indictment, and Arrest Warrant to the United States Attorney's Office, specifically, but not limited to, Assistant United States Attorneys Richard W. Bennett and Luis Batarse, the United States Marshals Service, and the investigating law enforcement agencies, the Federal Bureau of Investigation and U.S. Department of State, specifically, but not limited to Special Agents Benjamin Harper and Tommy Towner, upon their individual or collective request and without further order of the Court.

Signed on this 11th day of August, 2022, in Houston, Texas.

*Dena Palermo*
_____
**UNITED STATES MAGISTRATE JUDGE**