Sealed
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § § § |
| v. | |
| CHRISTIN DANIELLE BRINKLEY | |

CRIMINAL NO: **4:22-cr-397**

## ORDER FOR ISSUANCE OF A BENCH WARRANT

A Criminal Indictment has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following conditions of release.

<u>Defendant</u>

CHRISTIN DANIELLE BRINKLEY        ☒ Detention

☐ Release on Conditions

☐ Appearance Bond in the Amount of: $_____.

SIGNED at Houston, Texas, on August 11, 2022.

*Dena Palermo*
UNITED STATES MAGISTRATE JUDGE