UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 16, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| The United States of America, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Criminal H-22-397 |
| Darion Benjamin Woods (1), Christin Danielle Brinkley (2), | § § § | |
| Defendants. | § § | |

# Order Continuing Trial

On the motion of Darion Woods, this case is continued. The court finds that the ends of justice served by this delay outweigh the interests of the public and the defendant to a speedier trial.

1. Motions will be filed by January 23, 2023
2. Responses will be filed by February 2, 2023.
3. Pretrial conference is reset to March 6, 2023, at 2:30 p.m.
4. Proposed voir dire and jury instructions will be filed by March 7, 2023.
5. Jury selection and trial are reset to March 14, 2023, at 9:00 a.m.

Signed on September 16, 2022, at Houston, Texas.

Lynn N. Hughes   USDJ
United States District Judge