UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| The United States of America, § § § Plaintiff, § § versus § § Darion Benjamin Woods (1), § Christin Danielle Brinkley (2), § § Defendants. § | Criminal H-22-397 |

## Order Continuing Trial

On Christin Brinkley's motion, this case is continued. The court finds that the ends of justice served by this delay outweigh the interests of the public and the defendant to a speedier trial.

1. Motions will be filed by March 27, 2023.
2. Responses will be filed by April 6, 2023.
3. Pretrial conference is reset to May 8, 2023, at 2:30 p.m.
4. Proposed voir dire and jury instructions will be filed by May 9, 2023.
5. Jury selection and trial are reset to May 16, 2023, at 9:00 a.m.

Signed on January 20, 2023, at Houston, Texas.

_____
Lynn N. Hughes  USDJ
United States District Judge