**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal Case 4:22−cr−00397 |
| | § | |
| Darion Benjamin Woods, et al. | § | |

# Notice of Reassignment

　　　Pursuant to General Order No. 2023−3, this case is reassigned to the docket of United States District Chief Judge Randy Crane. Deadlines in scheduling orders remain in effect

Date: February 13, 2023

Nathan Ochsner, Clerk