# SENTENCE DATA SHEET

**CRIMINAL NO.**: H-22-397

**DEFENDANT**: CHRISTIN DANIELLE BRINKLEY

**DEFENDANT'S IMMIGRATION STATUS**: United States

**GUILTY PLEA**: Count One

**SUBSTANCE OF PLEA AGREEMENT**: The defendant agrees to plead guilty to Count One of the Indictment. In exchange, at the time of sentencing, the United States agrees not to oppose Defendant's anticipated request to the Court and the United States Probation Office that she receive a two (2) level downward adjustment pursuant to U.S.S.G. Section 3E1.1(a) should the Defendant accept responsibility as contemplated by the Sentencing Guidelines. If the Court determines that the Defendant qualifies for an adjustment under U.S.S.G. Section 3E1.1(a), and the offense level is 16 or greater, the government will move for an additional one-level reduction under USSG Section 3E1.1(b). The defendant waives her right to appeal and to collaterally attack her conviction.

**ELEMENTS:**

**COUNT 1**  Protection of Property Occupied by Foreign Governments
18 U.S.C. § 970(a)

1. The defendant willfully injured, damaged, or destroyed, or attempted to injure, damage, or destroy any property, real or personal;

2. Located within the United States; and

3. Belonging to or utilized or occupied by a foreign government, international organization, foreign official, or official guest.

**PENALTY:**

**COUNT 1**  18 U.S.C. § 970(a) = Protection of Property Occupied by Foreign Governments
Up to 5 years in prison and up to $250,000 fine.

**SUPERVISED RELEASE:** Up to 3 years.

**ALTERNATIVE FINE BASED ON GAIN OR LOSS:** Not Applicable

**SENTENCING GUIDELINES:** Applicable

**RESTITUTION:** Applicable

**SEX OFFENDER REGISTRATION:** Not Applicable

**SPECIAL ASSESSMENT:** $100 special assessment per count of conviction.

**ATTACHMENT:** Plea Agreement