United States District Court
Southern District of Texas
**ENTERED**
July 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:22-CR-397-1 & 2 |
| | § | |
| DARION BENJAMIN WOODS and | § | |
| CHRISTIN DANIELLE BRINKLEY | § | |

### ORDER ADVANCING SENTENCING

IT IS HEREBY ORDERED that this matter (previously set for September 20, 2023) is hereby reset for sentencing on September 18, 2023, at 2:00 p.m. before the Honorable Randy Crane, in Courtroom 11-C, Eleventh Floor, United States Courthouse, 515 Rusk Avenue, Houston, Texas.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED July 13, 2023, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge