# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO. 4:22-cr-00397 |
| v. § | |
| § | |
| DARION BENJAMIN WOODS and § | |
| CHRISTIN DANIELLE BRINKLEY § | |

## UNOPPOSED MOTION TO RESET SENTENCING TIME

The United States Attorney for the Southern District of Texas, Alamdar S. Hamdani, through Assistant United States Attorney Richard W. Bennett, hereby moves to reset the sentencing time in this matter and would respectfully show the following:

1. On September 18, 2023, both Defendants are scheduled for sentencing at 2:00 p.m.

2. On that same date, at 12:00 p.m. the undersigned Assistant United States Attorneys have an office ceremony recognizing attorneys and case agents for outstanding work on certain cases.

3. Out of an abundance of caution, the government requests that sentencing for the Defendants be rescheduled to the morning of September 18, 2023, if the Court's schedule allows.

4. Undersigned counsel has conferred with opposing counsel for both Defendants and they are unopposed to this request.

          Respectfully submitted,

          ALAMDAR S. HAMDANI
          UNITED STATES ATTORNEY

BY:   */s/ Richard W. Bennett*
       Richard W. Bennett
       Luis Batarse
       Assistant United States Attorneys
       Southern District of Texas
       1000 Louisiana, Ste. 2300
       Houston, Texas 77002

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| | § | CRIMINAL NO. 4:22-cr-00397 |
| v. | § § | |
| DARION BENJAMIN WOODS and | § | |
| CHRISTIN DANIELLE BRINKLEY | § | |

## ORDER RESETTING SENTENCING TIME

The Court, having considered the government's Unopposed Motion to Reset the Sentencing Time in this case hereby GRANTS the motion.

IT IS ORDERED that sentencing for the Defendants in this case will be rescheduled to \_\_\_\_\_ a.m. on September 18, 2023.

SIGNED on this the _____ day of 2023, at Houston, Texas.

_____
HON. RANDY CRANE
CHIEF UNITED STATES DISTRICT JUDGE