United States District Court
Southern District of Texas
**ENTERED**
September 07, 2023
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:22-CR-397-1 & 2 |
| | § | |
| DARION BENJAMIN WOODS and | § | |
| CHRISTIN DANIELLE BRINKLEY | § | |
| | § | |

### ORDER RESETTING SENTENCING *AS TO TIME ONLY*

IT IS HEREBY ORDERED that this matter (previously set for September 18, 2023, at

2:00 p.m.) is hereby reset for sentencing *as to time only* on **September 18, 2023, at 10:00 a.m.**

before the Honorable Randy Crane, in Courtroom 11-C, Eleventh Floor, United States

Courthouse, 515 Rusk Avenue, Houston, Texas, granting Dkt. No. 43.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED September 7, 2023, at McAllen, Texas.

Randy Crane
Chief United States District Judge